# JS-6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HOFFMAN ) | Case No. |
| ) | EDCV 13-2011-JGB (SPx) |
| ) | |
| Plaintiff, ) | **JUDGMENT** |
| ) | |
| v. ) | |
| ) | |
| LIFE INSURANCE COMPANY OF ) | |
| NORTH AMERICA; STATE FARM ) | |
| MUTUAL AUTOMOBILE ) | |
| INSURANCE COMPANY BENEFIT ) | |
| PLAN, and DOES 1 to 10 ) | |
| ) | |
| ) | |
| Defendants. ) | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    In accordance with the Court's Findings of Facts and Conclusions of Law, the Court enters Judgment in favor of Defendants in this matter.

    IT IS SO ORDERED.

Dated: December 29, 2014   _____
                                             Jesus G. Bernal
                                      United States District Judge

1